# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA CHRISTIN,<br><br>　　　　　　　Plaintiff<br><br>　vs.<br><br>WALMART ASSOCIATES, INC.,<br><br>　　　　　　　Defendant. | Case No.: 1:24-cv-00619-KES-SAB<br><br>ORDER RE STIPULATION REGARDING DEFENDANT'S MEDICAL EXAMINATION OF PLAINTIFF AND MODIFICATION OF THE SCHEDULING ORDER DEADLINES<br><br>(ECF Nos. 30, 33) |

   The Court held an informal discovery dispute conference on July 10, 2025 related to Defendant's expert's medical examination of Plaintiff. (ECF Nos. 30, 32.) The parties were able to resolve the dispute off the record. At the conference, the Court ordered that the parties finalize the details related to the examination and submit a stipulation memorializing the agreement.

   On July 16, 2025, the parties filed a stipulation. (ECF No. 33.) Therein, the parties stipulate that Plaintiff agrees to a medical examination to last no more than six hours; the medical exam will be conducted virtually on July 28, 2025 at 9:00 am; the raw data from Plaintiff and Defendant's expert exams is to be provided to both opposing counsel and opposing expert; Defendants will be responsible for all fees associated with Defendant's examination; and that the stipulation does not constitute a waiver of any privileges applicable to any party or person.

   To accommodate the medical examination, the parties also stipulate to a modification of the scheduling order, as previously modified on March 28, 2025 (ECF No. 27), as follows: rebuttal expert

1

disclosure deadline is continued from July 18, 2025 to August 8, 2025; the expert discovery deadline is continued from August 22, 2025 to September 26, 2025; and the dispositive motion deadline is continued from August 29, 2025 to October 10, 2025.

Accordingly, good cause appearing, IT IS HEREBY ORDERED THAT the parties' stipulation as to the medical examination of Plaintiff and the modification of the scheduling order (ECF No. 30) is entered. The scheduling order (ECF Nos. 11, 27) is modified as follows:

1. Rebuttal expert disclosure deadline: August 8, 2025;
2. Expert discovery deadline: September 26, 2025; and
3. Dispositive motion deadline: October 10, 2025.

All other aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **July 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2